# Court of Appeals, State of Michigan

## ORDER

Joel Ramos v Intercare Community Health Network

Docket No. 335061

LC No. 16-066176-AA

Michael J. Talbot, C.J.
Presiding Judge

All Court of Appeals
Judges

The Court orders that a special panel shall not be convened pursuant to MCR 7.215(J) to resolve a conflict between this case and *Reo v Lane Bryant, Inc*, 211 Mich App 364; 536 NW2d 556 (1995).

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 2 1 2018
_____
Date

_____
Chief Clerk